W. R. ZANES & Co. *v.* UNITED STATES

**No. 6930.**—Invoices dated Northampton, England, November 1942, etc.
Certified November 1942, etc.
Entered at Dallas, Tex., December 29, 1942, etc.
Entry No. 53–D, etc.

(Decided February 28, 1947)

*Brooks & Brooks* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.

MARSHALL FIELD & Co. ET AL. *v.* UNITED STATES

**No. 6931.**—Invoices dated London, England, June 24, 1946, etc.
Certified June 25, 1946, etc.
Entered at Chicago, Ill., July 25, 1946, etc. and at Boston, Mass., February 18, 1946.
Entry Nos. 603, etc; 4327.

(Decided February 28, 1947)

*James W. Bevans* for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.